JS-6

O

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERON LEWIS WELCOME,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FIGUEROA, Warden,<br><br>    Respondent. | Case No. CV 13-8645 JGB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 9, 2016

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE